No. 5273.—Rossy, apldo., v. SIERRA ET ALS., apltes.—C. D. Arecibo. ▮▮▮▮▮▮▮▮ Abril 30, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No expresándose en la moción en qué consiste la frivolidad alegada, y no habiendo hecho el apelado ningún esfuerzo por escrito, como por regla general debe hacerse en tales casos para convencernos de que efectivamente la apelación es frívola, se declara sin lugar la moción de desestimación.

No. 4981.—HAMBURGUER BROS. Co., INC., aplda., v. GANDÍA ET AL., apltes.—C. D. Arecibo. ▮▮▮▮▮▮ Mayo 1, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Sin lugar la reconsideración.